UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR L. CONRAD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:17-cv-2614-KJN<br><br><br>ORDER |

On August 9, 2018, plaintiff's counsel filed a motion to withdraw as counsel for plaintiff. (ECF No. 16.) Plaintiff himself shall file any opposition or statement of non-opposition to the motion no later than August 31, 2018. Failure to file a response to the motion by the required deadline will be construed as plaintiff's consent to the granting of the motion. The Commissioner may, but need not, also file any response to the motion no later than August 31, 2018. Thereafter, the motion will be submitted for decision without oral argument on the record and written briefing pursuant to Local Rule 230(g).

The current briefing schedule is suspended pending further order of the court.

IT IS SO ORDERED.

Dated: August 13, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE