UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ARTHUR L. CONRAD, | No. 2:17-cv-2614-KJN |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On August 9, 2018, plaintiff's counsel filed a motion to withdraw as counsel for plaintiff. (ECF No. 16.) After review of the administrative record, plaintiff's counsel apparently feels that he can no longer continue to prosecute this appeal consistent with his obligations under Federal Rule of Civil Procedure 11.

Subsequently, on August 13, 2018, the court directed plaintiff himself to file any opposition or statement of non-opposition to the motion no later than August 31, 2018. (ECF No. 17.) Plaintiff was explicitly cautioned that failure to file a response to the motion by the required deadline would be construed as plaintiff's consent to the granting of the motion.

Although the applicable deadline has now long passed, no response to the motion was filed. Consequently, the court grants the motion to withdraw and sets forth a new briefing schedule outlined below.

1

Plaintiff's opening motion for summary judgment shall outline what specific errors by the administrative law judge ("ALJ") requires reversal of the Commissioner's final decision, with citation to the administrative record and any applicable legal authority. Importantly, except under very limited circumstances, the court is limited to reviewing the evidence included in the administrative record.

In light of plaintiff's *pro se* status, the court provides plaintiff with some additional time to file his opening motion for summary judgment. Therefore, the court cautions plaintiff that it would be disinclined to grant any further extensions of time absent a showing of good cause, which shall not include the mere fact that plaintiff is proceeding without counsel. Failure to timely file a motion for summary judgment will be deemed to be plaintiff's abandonment and consent to dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's counsel's motion to withdraw (ECF No. 16) is GRANTED.
2. Plaintiff shall file his motion for summary judgment, consistent with the instructions in this order, no later than November 8, 2018.
3. All other case deadlines are adjusted accordingly, and no further extensions will be granted absent a showing of good cause.
4. Failure to file a motion for summary judgment by the required deadline will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: September 26, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE