UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR L. CONRAD, | No. 2:17-cv-2614-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Arthur Conrad, initially represented by counsel, commenced this social security appeal on December 13, 2017.[1]

Thereafter, on August 9, 2018, plaintiff's counsel filed a motion to withdraw, which the court ultimately granted on September 26, 2018. (ECF Nos. 16, 18.) In that September 26, 2018 order, the court, in light of counsel's withdrawal and plaintiff's *pro se* status, *sua sponte* granted plaintiff some additional time until November 8, 2018, to file an opening motion for summary judgment. (ECF No. 18.) However, the court cautioned plaintiff that failure to timely file a motion for summary judgment would be deemed to be plaintiff's abandonment and consent to dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b), and would result in

---

[1] All parties consented to the jurisdiction of a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c). (ECF Nos. 6, 9.)

such a dismissal. (Id.)

Although the November 8, 2018 deadline has now long passed, no opening motion for summary judgment was filed in accordance with the court's order, nor did plaintiff request an extension of time to comply. As such, it appears that plaintiff has abandoned the action.

Accordingly, IT IS HEREBY ORDERED that:

1. The action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).
2. The Clerk of Court shall close this case.

Dated: December 7, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE